IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  vs.<br><br>Marcelino Juarez<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

      I, Alex L. Brown, United States Postal Inspector, being duly sworn, depose and state that:

**I.    BACKGROUND AND EXPERIENCE OF AFFIANT**

      1.    I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.

      2.    I have been a Postal Inspector since November 2021 and I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for investigation of control substance law violations involving the United States mail. Prior to being a Postal Inspector, I had been a Federal Criminal Investigator since 2011 (2011-2013 with the US Marine Corps Criminal Investigation Division (CID), 2013-2015 with the Naval Criminal Investigative Service, 2016 to 2021 with the US Army CID)

      3.    As part of my duties as a U.S. Postal Inspector, I investigate drug trafficking
082724

organizations, including their smuggling routes and the techniques that they use for transporting controlled substances such as marijuana, cocaine, methamphetamine, and heroin. My duties include investigating drug trafficking organizations, interviewing witnesses, victims and suspects, identifying people involved, developing probable cause for cases, handling and processing various types of evidence, and assembling cases for prosecution. I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have also conducted and/or participated in investigations which have resulted in the seizure of marijuana, cocaine hydrochloride, opium, heroin, methamphetamine, MDMA (ecstasy), prescription medications, firearms, cellular phones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances which have added to my knowledge of the illegal drug culture that exists in Alaska.

## II. PURPOSE OF AFFIDAVIT

This Affidavit is presented in support of a criminal complaint and request for the issuance of arrest warrant against and for Marcelino JUAREZ for whom I submit there is probable cause to believe that he did knowingly and intentionally conspire with others known and unknown, to distribute 2,000 grams or more of substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4piperridinyl] propenamide (Fentanyl), in violation of Title 21 United States Code, Section 846 and 21 USC 841(a)(1) &(b)(1)(C), I have not set forth in this affidavit all of the facts and sources of information of which I am familiar that support my assertion of probable cause.

III. **PROBABLE CAUSE STATEMENT**

1. On August 22, 2024, while researching USPS business records, Agents of the US Postal Inspection Service (USPIS) identified USPS Priority Mail Parcel 9505 5130 0974 4234 3684 73 addressed to "Martin Phillip, 1264 Elegante Ln, Anchorage, AK, 99501 (SUBJECT PARCEL) as suspicious due to its addressed destination, its point of origin and because its postage was paid for in cash.

2. On August 23, 2024, USPIS agents located the SUBJECT PARCEL at the USPS Facility located at 4141 Postmark Dr, Anchorage, AK, and further identified it as suspicious based on characteristics which matched previously seized drug laden parcels.

3. On Augst 26, 2024, USPIS Agents applied for and were granted Federal Search Warrant: 3:24-MJ-00461-KFR, authorizing the search of the SUBJECT PARCEL.

4. ON August 26, 2024, USPIS Agents executed Federal Search Warrant: 3:24-MJ-00461-KFR which resulted in the discovery and seizure of approximately 2,186 gross grams of a white powder substance which tested presumptive positive for Fentanyl. The Fentanyl was secreted inside of a locked metal box. In the experience of the affiant, this amount far exceeds personal use, and could only be intended for distribution.

5. On August 26, 2024, USPIS Agents applied for and were granted a Federal Court Order, authorizing the installation of electronic monitoring equipment inside of the SUBJECT PARCEL.

6. On August 26, 2024, US Postal Inspectors installed alerting and tracking devices pursuant to the court's order and replaced the seized controlled substances with "Sham." Sham is term utilized by LE to describe a legal substance designed to mimic the weight and/or general appearance of a controlled substance. Later that same day, USPIS Agents

*G-*
*082724*

along with other federal and local Law Enforcement (LE) officers executed a controlled delivery of the SUBJECT PARCEL to the target address of 1264 Elegante Ln., Anchorage, AK. LE Agents observed an individual emerge from the front door of the entrance almost immediately after delivery retrieve the SUBJECT PARCEL from the front porch, and bring it inside.

7. Prior to the delivery of the SUBJECT PARCEL, LE Agents observed a black Audi station wagon bearing AK Plate JMK173 parked approximately 100 meters east of 1264 Elegante Ln, positioned but positioned to the rear of residence on 17th Ave. As the SUBJECT PARCEL was delivered to the front door, LE Agents observed the JMK173 reposition to immediately behind 1264 Elegante Ln, on 17th Ave. LE agents observed Marcelino JUAREZ exit JMK173 and enter 1264 Elegante Ln from a rear entrance. Moments later, LE Agents observed Marcelino JUAREZ exit the residence, and meet with the driver of another vehicle, a black Audi Sedan bearing AK License plate LKB891. Marcelino JUAREZ obtained something concealed in a brown paper bag and returned to the residence. Shortly thereafter, LE Agents observed Marcelino JUAREZ exit the residence carrying a blue and black bag, re-enter JMK173 and depart the area. The actions of Marcelino JUAREZ interacting with the residence located at 1264 Elegante Ln coincided with the delivery of the SUBJECT PARCEL. While specific details are unknown to LE, observations by LE clearly indicate that Marcelino JUAREZ was inside if 1264 Elegante Ln after the SUBJECT PARCEL was retrieved from the front porch and brought inside. In the experience of the affiant, the described activity by multiple individuals is not consistent with legitimate mailings; however, it is highly consistent with drug trafficking operations involving the mailing of controlled substances wherein such mailings involve the

coordination of multiple persons at various levels within a drug trafficking organization.

8. LE Agents followed JMK173 to the neighborhood of 100 McCarrey St., where Marcelino JUAREZ was known to reside. Other LE Agents followed the electronic monitoring equipment placed inside of the SUBJECT PARCEL as the equipment indicated it had travelled to 1020 Medfra St. LE Agents discovered the SUBJECT PARCEL opened and discarded in a dumpster, with the black lock box and Sham removed. During this interim, JMK173 was observed leaving Marcelino JUAREZ's neighborhood.

9. On August 26, 2024, at approximately 1528, LE Agents initiated a traffic stop of JMK173. Marcelino JUAREZ was in the driver's seat and Semaj BROWN was sitting in the front passenger seat. Other vehicles and persons seen engaging with Marcelino JUAREZ immediately before, during, and after the delivery of the SUBJECT PARCEL were also traffic stopped at the same time. Those persons were detained and questioned by LE Agents.

10. Marcelino JUAREZ was transported for questioning where he advised of his legal rights and invoked his rights to remain silent and consult with an attorney.

11. On August 26, 2024, LE Agents advised a witness of their rights who waived said rights and freely provided the following information. The witness informed LE Agents that they observed Marcelino JUAREZ open the SUBJECT PARCEL, remove a black box from the SUBJECT PARCEL and depart 1264 Elegante Ln with the black box. The witness stated after Marcelino JURAEZ removed the black box, they (the witness) went to dispose of the parcel and the remaining packaging materials in a nearby dumpster. According to the witness, shortly after disposing of the parcel and packaging materials in a nearby dumpster, they then received a phone call from Marcelino JUAREZ wherein Marcelino JUAREZ informed them "the dope is fake." The witness further stated that they knew the parcel was

supposed to contain fentanyl from previous discussions with Marcelino JUAREZ, and further that they intended on purchasing some of the fentanyl from Marcelino JUAREZ. The affiant knows that the black box mentioned by the cooperating witness was the box that formerly concealed the suspected fentanyl seized from the SUBJECT PARCEL based on the parcels previous search, seizure, and the replacement of controlled substances with sham.

12. While investigating the SUBJECT PARCEL and its connection to Marcelino JUAREZ, USPIS Agents discovered that Julio JUAREZ, Marcelino JUAREZ's brother was arrested by the California Highway Patrol (CHP) In San Joaquin County, California, on August 4, 2024. CHP officers discovered several thousand fentanyl pills weighing approximately 2200 grams in the vehicle Julio JUAREZ was driving. Julio JUAREZ had travel documents indicating that he was travelling to San Francisco International Airport to fly to Anchorage, AK. Julio JUAREZ resides in the same neighborhood as Marcelino JUAREZ.

13. Further investigation revealed that on August 11, 2024, at approximately 6:02 PM Pacific Daylight Time (PDT), Julio JUAREZ an inmate at San Joaquin County Jail located in French Camp, California, placed a recorded telephone call to (209) 608-6347. This number is known by law enforcement to be used by Marcelino JUAREZ. In the call, Marcelino JUAREZ stated that he had to get some stuff ready for tomorrow. Marcelino JUAREZ continued to say that he would miss his daughter's first day of school because he had a present for Cruz [phonetic spelling] and the post office was not open.

14. Further investigation revealed that on August 16, 2024, at approximately 9:25 PM PDT, Julio JUAREZ placed a recorded telephone call to Marcelino JUAREZ at (209) 608-6347. Marcelino JUAREZ mentioned "Cruz's" birthday present that he found, and then

trailed off in his sentence. Later in the conversation, Marcelino JUAREZ stated that he was kind of bummed out and was going to figure it out. He planned to book a plane ticket back to California soon and also had an upcoming court date in California that coming week. Based on contextual information, it is believed that Marcelino JUAREZ was communicating in code with Julio JUAREZ wherein ""Cruz" birthday present" was likely code for another parcel which was previously identified during an interdiction operations and intercepted by the USPIS. That parcel was also search pursuant a federal search warrant and found to contain in excess of 2,000 gross grams of a white powdery substance which tested presumptive positive for fentanyl.

15. During a review of USPIS records, the following information was also uncovered

   a. On April 2, 2024, USPIS Agents executed Federal Search Warrant 3:24-MJ-00157-KFR and searched USPS Priority Mail Parcel 9505513009744088277549 addressed to "Jacob Kneale, 100 McCarrey St, #9, Anchorage, AK, 99508" from "Melissa Sanchez, 5430 Columbus Ave, Sherman Oaks, CA, 91411." The search resulted in the discovery and seizure of approximately 1,600 gross grams of a white powdery substance which tested presumptive positive for fentanyl, and approximately 2,196 gross grams of blue round M/30 stamped pills suspected to contain fentanyl.

   b. According to USPS business records, the delivery status of USPS Priority Mail Parcel 9505513009744088277549 was tracked by a customer originating from the Internet Protocol (IP) address of 69.178.59.40, operated by the Alaska based company General

Communication Inc (GCI)

    c. According to subpoenas returned by GCI, at the time the aforementioned parcel was tracked, the IP address of 69.178.59.40 was registered to Marcelino JUAREZ at the address of 100 McCarrey St, Unit 1A, Anchorage, AK.

16. In the experience of the affiant, the above information is indicative of a highly sophisticated Drug Trafficking Organization and family criminal enterprise. The large quantities of controlled substances tied to the activities of both Marcelino JUAREZ and Julio JUAREZ combined with the coordination of multiple active participants, and multiple transportation methods is indicative of a large-scale drug trafficking business with multiple levels of leadership and numerous layers of planning and development.

17. Marcelino JUAREZ possesses a lengthy criminal history which includes multiple arrests and convictions for the possession and or transportation of controlled substances. is known to Law Enforcement as being a member of a large-scale Drug Trafficking Organization responsible for the transportation of large quantities of controlled substances including Methamphetamine, Heroin, and Fentanyl to Alaska.

//
//
//
//
//
//
//

Respectfully submitted,

Alex L. Brown  
Digitally signed by Alex L. Brown
Date: 2024.08.27 23:18:38 -08'00'

_____
Alex L. Brown
Postal Inspector, USPIS
Anchorage Domicile


Subscribed and sworn to before me
on this ___ day of August 26 , 2024

**Kyle F. Reardon, United States Magistrate Judge**
UNITED STATES MAGISTRATE JUDGE